# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ELMANIE PIERRE BARTHELEMY, | : | No. 3:17cv1508 |
| --- | --- | --- |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| CLAIR DOLL, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 22nd day of February 2018, is hereby **ORDERED** as follows:

1. The respondents' objections (Doc. 8) to Magistrate Judge Carlson's R&R are **OVERRULED**;

2. Magistrate Judge Carlson's R&R (Doc. 7) is **ADOPTED**;

3. The petition for writ of habeas corpus (Doc. 1) is **GRANTED** to the extent that an immigration judge shall afford petitioner an individual bond hearing within 30 days of this Order;

4. The petition for writ of habeas corpus is **DENIED** in all other respects;

5. The immigration judge is directed to make an individualized inquiry into whether detention is still necessary to ensure that petitioner attends removal proceedings, and that her release will not pose a danger to the community;

6. Petitioner's first motion to expedite (Doc. 9) is **DENIED** as moot; and

7. The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**